# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ANAT GORDON,
on behalf of Plaintiff and a class,

            Plaintiff,

vs.                                   2:20-cv-03792-JS-AYS

UNITED STATES FIRE INSURANCE
COMPANY,

            Defendant.
------------------------------------------------------------- x

## DECLARATION OF ANAT GORDON

Anat Gordon declares under penalty of perjury, as provided for by 28 U.S.C. 1749, that the following statements are true:

1. Prior to the filing of the above action on August 19, 2020, I received a $6,000 refund after I communicated on multiple occasions with Camp Lenox in Otis, Massachusetts and requested a full refund of the $11,800 I paid.

2. Camp Lenox indicated they paid me as much as they could.

3. Camp Lenox offered me credits for future attendance but these are of no use to me because I do not intend to send my son there in the future.

4. On February 3, 2021, I received a check for $2,000 from Camp Lenox.

5. My loss at present is $3,800.

6. I have no other insurance or other source of payment of this loss.

Executed at Roslyn, New York on February 19, 2021.

*Anat Gordon* (signature)

Anat Gordon